

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00358-CR
No. 02-18-00359-CR

———————————————

MIGUEL ANGEL RODRIGUEZ, APPELLANT

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 2
Tarrant County, Texas
Trial Court Nos. 1517984D, 1520391D

---

Before Kerr, Pittman, and Birdwell, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

Miguel Angel Rodriguez attempts to appeal his convictions for (1) possession of less than one gram of methamphetamine, for which the trial court, pursuant to a plea bargain, sentenced him to six months in a state-jail facility; and (2) possession of one gram or more but less than four grams of methamphetamine, for which the trial court, again pursuant to a plea bargain, sentenced him to five years in the penitentiary. *See* Tex. Health & Safety Code Ann. § 481.115(b), (c) (West 2017). In both cases, as part of the plea bargain, Rodriguez waived his right to appeal. Consistent with Rodriguez's plea bargains, the trial court's appellate-right certifications both state that each "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right to appeal." *See* Tex. R. App. P. 25.2(a)(2), (d).

Thereafter Rodriguez filed a pro se notice of appeal for both causes. On August 15, 2018, we notified him and his trial counsel that his appeals could be dismissed based on the trial court's certifications unless he or any party wanting to continue the appeals filed responses on or before August 27, 2018, showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Neither Rodriguez nor any other party has filed a response.

In accordance with the trial court's certifications, we dismiss both appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f); *see Arif v. State*, No. 02-18-00126-CR, 2018 WL 2142777, at *1 (Tex. App.—Fort Worth May 10, 2018, no pet.) (mem. op., not designated for publication); *Ponciano v. State*, No. 02-17-00394-CR,

2

2018 WL 1414731, at *1 (Tex. App.—Fort Worth Mar. 22, 2018, no pet.) (mem. op., not designated for publication).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  October 11, 2018